1  James F. Pokorny
   Law Offices of James F. Pokorny
2  110 West C Street, Suite 1504
   San Diego, CA 92101
3  State Bar No. 75407
4  619-239-8142



DEC 13 2005



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       ) CR No. 05-518 EJG
                                )
        Plaintiff,               )
                                )
    v.                           ) [PROPOSED] ORDER
                                )
STEVEN GARETT SANDERS,          )
                                )
        Defendant.               )
                                )

IT IS HEREBY ORDERED:

That the status conference set for December 16, 2005 is VACATED, and a new status conference date of January 20, 2006 is scheduled.

It is further ORDERED that the time under the Speedy Trial Act between now and January 20, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv).

Dated: 12/12/05                     _____
                                    Honorable Edward J. Garcia

1