James F. Pokorny
Law Offices of James F. Pokorny
110 West C Street, Suite 1504
San Diego, CA 92101
State Bar No. 75407
619-239-8142

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 05-518 EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| STEVEN GARETT SANDERS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED:

That the status conference set for March 10, 2006 is VACATED, and a new status conference date of April 21, 2006 is scheduled.

It is further ORDERED that the time under the Speedy Trial Act between now and April 21, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv).

Dated:   March 9, 2006            /s/ Edward J. Garcia, Judge
                                  Honorable Edward J. Garcia

1