James F. Pokorny
Law Offices of James F. Pokorny
110 West C Street, Suite 1504
San Diego, CA 92101
State Bar No. 75407
619-239-8142

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 05-518 EJG |
| Plaintiff, ) | |
| v. ) | ORDER |
| STEVEN GARETT SANDERS, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED:

That the status conference set for April 21, 2006 is VACATED, and a new status conference date of May 12, 2006 is scheduled.

It is further ORDERED that the time under the Speedy Trial Act between now and May 12, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv).

Dated:  4/18/06                    /s/ Edward J. Garcia
                                   Honorable Edward J. Garcia
                                   United States District Judge

1